UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ESTHER KLANG, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

v.

GOOGLE LLC,

                Defendant.

Case No. 1:23-cv-01316-NGG-RER

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Esther Klang and Defendant Google LLC hereby stipulate to the dismissal of the action. All claims that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

DATED: August 1, 2023

Spencer Sheehan
SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

*Counsel for Plaintiff Esther Klang*

Edward D. Johnson
Kristin W. Silverman (admitted *pro hac vice*)
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Tel: (202) 263-3000
wjohnson@mayerbrown.com
ksilverman@mayerbrown.com

Archis A. Parasharami
Mayer Brown LLP
1999 K Street, N.W.
Washington DC, 20006-1001
Tel: (202) 263-3000

**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 8/1/23

1 of 2